IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OREXO AB and OREXO US, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-829 (CFC) (SRF) |
| | ) | |
| ACTAVIS ELIZABETH LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| OREXO AB and OREXO US, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-996 (CFC) (SRF) |
| | ) | |
| ACTAVIS ELIZABETH LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| OREXO AB and OREXO US, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 16-062 (CFC) (SRF) |
| | ) | |
| ACTAVIS ELIZABETH LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| OREXO AB and OREXO US, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 16-397 (CFC) |
| | ) | |
| ACTAVIS ELIZABETH, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| OREXO AB and OREXO US, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 16-582 (CFC) |
| | ) | |
| ACTAVIS ELIZABETH LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| OREXO AB and OREXO US, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 16-1138 (CFC) |
| | ) | |
| ACTAVIS ELIZABETH LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| OREXO AB and OREXO US, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 16-1139 (CFC) |
| | ) | |
| ACTAVIS ELIZABETH LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| OREXO AB and OREXO US, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-758 (CFC) |
| | ) | |
| ACTAVIS ELIZABETH LLC, TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES, LTD., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT AND STIPULATION**

Pursuant to Judge Sleet's Oral Order, Plaintiffs[1] and Defendant[2] submit this Joint Status Report following the Federal Circuit's mandate issued December 6, 2018. *See Orexo v. Actavis*, C.A. No. 17-758, Aug. 31, 2017 (D. Del.).

In Zubsolv I[3], the District Court held that the '996 patent[4] was valid and infringed and that the '330 patent[5] was invalid. *See Orexo*, 217 F.Supp.3d 756, 781-82 (D. Del 2016). Orexo appealed the District Court's decision regarding validity of the '330 patent. On September 10, 2018, the Federal Circuit reversed the District Court's decision and entered judgment that the '330 patent is not invalid. *See Orexo*, C.A. No. 17-1333 (Fed. Cir. 2018). The Federal Circuit remanded the case back to this Court for further proceedings.

Defendant now stipulates to entry of a final, non-appealable judgment that Defendant infringes the asserted '330 patent claims (1, 3-6, and 8-10) and judgment should be entered against Defendant in Zubsolv I.

Defendant has stipulated that the outcome of Zubsolv I will be applied to Zubsolv II (C.A. No. 15-996), Zubsolv III (C.A. No. 16-062), and Zubsolv VIII (C.A. No. 17-758)[6]. (*See Orexo*, C.A. No. 17-758, D.I. 21 at p.2 ("Whereas, the parties agree that infringement and validity determinations in this action (C.A. 17-758 (GMS)) relating to the '330 patent should be the same as in *Zubsolv I* relating to the '330 patent."); *see also Orexo*, CA. No. 15-996, D.I. 33). Accordingly, Defendants stipulate to entry of a final, non-appealable judgment that Defendants

---

[1] Orexo AB and Orexo U.S., Inc. ("Plaintiffs" or "Orexo").
[2] Actavis Elizabeth LLC ("Actavis Elizabeth") ("Defendant" or "Actavis").
[3] *Orexo*, C.A. No. 14-829, D.I. 250 (D. Del. 2016)
[4] U.S. Patent 8,454,996
[5] U.S. Patent 8,940,330
[6] Teva Pharmaceuticals USA, Inc., and Teva Pharmaceutical Industries, Ltd. are also defendants in Zubsolv VIII, and also stipulated that the outcome of Zubsolv I will be the applied to Zubsolv VIII. (*See* C.A. 17-758, D.I. 21).

infringe the asserted '330 patent claims (1, 3-6, and 8-10) and judgment should be entered against Defendants in Zubsolv II, and III, and also in Zubsolv VIII solely as to the '330 patent.

Zubsolv IV-VII (C.A. Nos. 16-397, 16-582, 16-1138, and 16-1139) will become moot upon a final, non-appealable judgment setting the effective date of any FDA approval of Actavis's products, found to infringe in Zubsolv I, II, III, and VIII, after patent expiration of the '330 patent (2032) and enjoining Actavis from marketing their ANDA products until after patent expiration.[7] Accordingly, once final, non-appealable judgments of infringement are entered in Zubsolv I, II, III, and VIII as to the '330 patent, the parties agree that Zubsolv IV-VII, and VIII as it relates to the '421 patent, should be dismissed without prejudice.

We attach proposed stipulated judgements.

---

[7] The patents at issue in Zubsolv IV-VII (U.S. Patents 9,259,421 and 9,439,900) expire on September 18, 2032, the same day as the '330 patent.

2

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. |
| /s/ *Derek J. Fahnestock* | /s/ *David A. Bilson* |
| Jack B. Blumenfeld (#1014) | John C. Phillips, Jr. (#110) |
| 1201 North Market Street | David A. Bilson (#4986) |
| P.O. Box 1347 | 1200 North Broom Street |
| Wilmington, DE  19899 | Wilmington, Delaware 19806-4204 |
| (302) 658-9200 | Tel. (302) 655-4200 |
| jblumenfeld@mnat.com | jcp@pgslaw.com |
| dfahnestock@mnat.com | dab@pgslaw.com |
| | |
| *Attorneys for Plaintiffs Orexo AB and Orexo US, Inc.* | *Attorneys for Defendants Actavis Elizabeth LLC, Actavis Inc., Teva Pharmaceuticals USA, Inc., and Teva Pharmaceutical Industries, Ltd.* |
| | |
| OF COUNSEL: | OF COUNSEL: |
| Errol B. Taylor | George Lombardi |
| Fredrick M. Zullow | Michael K. Nutter |
| Nathaniel Browand | Ivan M. Poullaos |
| Anna Brook | Laura B. Greenspan |
| Jordan Markham | Tyler G. Johannes |
| Kyanna Lewis | Brian J. Nisbet |
| Venus Allahyarzadeh | John R. McNair |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | WINSTON & STRAWN LLP |
| 28 Liberty Street | 35 West Wacker Drive |
| New York, NY  10005 | Chicago, IL 60601 |
| (212) 530-5000 | (312) 558-5600 |

January 9, 2018