IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OREXO AB and OREXO US, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-829 (CFC) (SRF) |
| | ) | |
| ACTAVIS ELIZABETH LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| OREXO AB and OREXO US, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-996 (CFC) (SRF) |
| | ) | |
| ACTAVIS ELIZABETH LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| OREXO AB and OREXO US, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 16-062 (CFC) (SRF) |
| | ) | |
| ACTAVIS ELIZABETH LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| OREXO AB and OREXO US, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 17-758 (CFC) |
| | ) | |
| ACTAVIS ELIZABETH LLC, TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES, LTD., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER AND JUDGMENT

### ZUBSOLV I

WHEREAS Plaintiffs Orexo AB and Orexo US, Inc. (collectively "Orexo") commenced action C.A. No. 14-829 (SLR) ("*Zubsolv I*") against defendant Actavis Elizabeth LLC ("Actavis"), by filing a complaint alleging infringement of U.S. Patent Nos. 8,454,996 ("the '996 patent") and 8,940,330 ("the '330 patent"), based on the filing by Actavis of Abbreviated New Drug Application ("ANDA") No. 206258 seeking FDA approval to sell generic versions of Orexo's Zubsolv® products (buprenorphine hydrochloride and naloxone hydrochloride dehydrate sublingual tablets, Eq. 1.4mg/0.36mg, 5.7mg/1.4mg base) prior to expiration of the '996 and '330 patents;

WHEREAS on December 9, 2016 the Court entered Judgment in *Zubsolv I* (C.A. No. 14-829, D.I. 235) holding the asserted claims of the '996 patent not invalid and infringed, and the asserted claims of the '330 patent invalid;

WHEREAS, Orexo filed a notice of appeal of the portion of the Court's *Zubsolv I* Judgment relating to invalidity of the '330 patent (C.A. 14-829, D.I. 236);

WHEREAS the Federal Circuit in C.A. No. 17-1333 reversed the District Court's judgment of invalidity of the '330 patent (C.A. 17-1333, D.I. 60) and issued a mandate on December 6, 2018 (C.A. 17-1333, D.I. 68).

WHEREAS defendant Actavis has stipulated to entry of a final, non-appealable judgment that Actavis infringes the '330 patent claims and a final, non-appealable judgment should be entered against Actavis in *Zubsolv I*;

WHEREAS a final, non-appealable judgment is hereby entered in favor of Plaintiffs Orexo and against defendant Actavis in C.A. No. 14-829.

## ZUBSOLV II and III

WHEREAS Plaintiffs Orexo also commenced actions C.A. No. 15-996 (GMS) ("*Zubsolv II*") and C.A. No. 16-062 (GMS) ("*Zubsolv III*") against defendant Actavis by filing complaints alleging infringement of the '996 patent and '330 patent, based on the filing by Actavis of ANDA No. 208450 seeking FDA approval to sell generic versions of Orexo's Zubsolv® products (buprenorphine hydrochloride and naloxone hydrochloride dihydrate sublingual tablets, Eq. 8.6mg/2.1mg, 11.4mg/2.9mg, and 2.9mg/0.71mg base) prior to the expiration of the '996 and '330 patents;

WHEREAS the parties have previously stipulated that infringement and validity determinations in *Zubsolv II* and *Zubsolv III* relating to ANDA No. 208450 should be the same as in *Zubsolv I* relating to ANDA No. 206258 (C.A. 15-996, D.I. 33; C.A.16-062, D.I. 23);

WHEREAS the Court has entered judgment in *Zubsolv II* and *Zubsolv III* that the asserted claims of the '996 patent are valid and Actavis's ANDA 208450 infringes the asserted claims of the '996 patent (C.A. 15-996, D.I. 33; C.A.16-062, D.I. 23);

WHEREAS defendant Actavis has stipulated to entry of a final non-appealable judgment that Actavis infringes the '330 patent claims and a final, non-appealable judgment should be entered against Actavis in *Zubsolv II* (C.A. No. 15-996) and *Zubsolv III* (C.A. No. 16-062);

WHEREAS a final, non-appealable judgment is hereby entered in favor of Plaintiffs Orexo and against defendant Actavis as to the '330 patent in C.A. Nos. 15-996 and 16-062.

## ZUBSOLV VIII

WHEREAS, Plaintiffs Orexo commenced action C.A. No. 17-758 (GMS) ("*Zubsolv VIII*") against defendants Actavis, Teva Pharmaceuticals USA, Inc. ("Teva USA"), and Teva Pharmaceutical Industries, Ltd. ("Teva Ltd.") by filing a complaint alleging infringement of U.S.

Patent Nos. 9,259,421 ("the '421 patent") and the '330 patent, based on the filing by Actavis of an amendment to ANDA No. 206258 seeking FDA approval to sell generic versions of Orexo's Zubsolv® products (buprenorphine hydrochloride and naloxone hydrochloride dihydrate sublingual tablets, Eq. 0.7mg/0.18mg base) prior to the expiration of the '421 and '330 patents;

WHEREAS the parties have previously stipulated that infringement and validity determinations in *Zubsolv VIII* relating to the '330 patent should be the same as in *Zubsolv I* relating to the '330 patent (C.A. 17-758, D.I. 21);

WHEREAS defendants Actavis, Teva USA, and Teva, Ltd. have stipulated to entry of a final non-appealable judgment that Actavis infringes the '330 patent claims and a final, non-appealable judgment should be entered against Actavis in *Zubsolv VIII* (C.A. No. 17-758);

WHEREAS a final, non-appealable judgment is hereby entered in favor of Plaintiffs Orexo and against defendants Actavis, Teva USA, and Teva Ltd. as to the '330 patent in C.A. No. 17-758.

IT IS ORDERED AND ADJUDGED on this 10th day of January, 2019 that:

### ZUBSOLV I

1. Plaintiffs Orexo asserted claims 1, 3-6 and 8-10 of the '330 patent in *Zubsolv I*.

2. The asserted claims of the '330 patent are valid.

3. Actavis's ANDA 206258 infringes the asserted claims of the '330 patent.

4. A final, non-appealable judgment is hereby entered in favor of Orexo and against Actavis as to the '330 patent (claims 1, 3-6, and 8-10) in *Zubsolv I* (C.A. No. 14-829) in accordance with the parties' stipulation submitted to the Court on January 9, 2019.


5. Pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any approval of ANDA No. 206258 under § 505(j) of the Federal Food, Drug & Cosmetic Act (21 U.S.C. § 355(j)) for the drug products described therein ("ANDA 206258 Products") shall be a date which is not earlier than the September 18, 2032 expiration of the '330 patent.

6. In accordance with 35 U.S.C. § 27(e)(4)(B), Actavis Elizabeth, its officers, agents, servants, employees, and attorneys, other persons who are in the active concert or participation with them, and any person or entity to whom Actavis transfers ANDA No. 206258 are enjoined from engaging in the commercial manufacture, use, offer to sell (as defined in 35 U.S.C. § 271(i)) and/or sale of the ANDA 206258 Products within the United States or importing the ANDA 206258 Products into the United States until after the September 18, 2032 expiration of the '330 patent.

### ZUBSOLV II and III

1. Plaintiffs Orexo asserted claims 1, 3-6 and 8-10 of the '330 patent in *Zubsolv I*.[1]

2. The asserted claims of the '330 patent are valid.

3. Actavis's ANDA 208450 infringes the asserted claims of the '330 patent.

4. A final, non-appealable judgment is hereby entered in favor of Orexo and against Actavis as to the '330 patent (claims 1, 3-6, and 8-10) in *Zubsolv II* (C.A. No. 15-996) and *Zubsolv III* (C.A. No. 16-062) in accordance with the parties' stipulation submitted to the Court on January 9, 2019.

5. Pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any approval of ANDA No. 208450 under § 505(j) of the Federal Food, Drug & Cosmetic Act (21 U.S.C. §

---

[1] The parties stipulated that infringement and validity determinations in *Zubsolv II* and *Zubsolv III* relating to ANDA No. 208450 should be the same as in *Zubsolv I* relating to ANDA No. 206258 (C.A. 15-996, D.I. 33; C.A.16-062, D.I. 23).

355(j)) for the drug products described therein ("ANDA 208450 Products") shall be a date which is not earlier than the September 18, 2032 expiration of the '330 patent.

6.  In accordance with 35 U.S.C. § 27(e)(4)(B), Actavis Elizabeth, its officers, agents, servants, employees, and attorneys, other persons who are in the active concert or participation with them, and any person or entity to whom Actavis transfers ANDA No. 208450 are enjoined from engaging in the commercial manufacture, use, offer to sell (as defined in 35 U.S.C. § 271(i)) and/or sale of the ANDA 208450 Products within the United States or importing the ANDA 208450 Products into the United States until after the September 18, 2032 expiration of the '330 patent.

### ZUBSOLV VIII

1.  Plaintiffs Orexo asserted claims 1, 3-6 and 8-10 of the '330 patent in *Zubsolv I*.[2]

2.  The asserted claims of the '330 patent are valid.

3.  Actavis's ANDA 206258 infringes the asserted claims of the '330 patent.

4.  A final, non-appealable judgment is hereby entered in favor of Orexo and against Actavis, Teva USA, and Teva Ltd. as to the '330 patent (claims 1, 3-6, and 8-10) in *Zubsolv VIII* (C.A No. 17-758).

5.  Pursuant to 35 U.S.C. § 271(e)(4)(A), the effective date of any approval of ANDA No. 206258 under § 505(j) of the Federal Food, Drug & Cosmetic Act (21 U.S.C. § 355(j)) for the drug products described therein ("ANDA 206258 Products") shall be a date which is not earlier than the September 18, 2032 expiration of the '330 patent.

---

[2] The parties stipulated that infringement and validity determinations in *Zubsolv VIII* relating to ANDA No. 206258 should be the same as in *Zubsolv I* relating to ANDA No. 206258 (C.A. No. 17-758, D.I. 21).

6. In accordance with 35 U.S.C. § 27(e)(4)(B), Actavis Elizabeth, its officers, agents, servants, employees, and attorneys, other persons who are in the active concert or participation with them, and any person or entity to whom Actavis transfers ANDA No. 206258 are enjoined from engaging in the commercial manufacture, use, offer to sell (as defined in 35 U.S.C. § 271(i)) and/or sale of the ANDA 206258 Products within the United States or importing the ANDA 206258 Products into the United States until after the September 18, 2032 expiration of the '330 patent.

_____
The Honorable Colm F. Connolly